UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Immanuel-St. Joseph's Hospital of Mankato, Inc.-MHS,<br><br>          Plaintiff,<br><br>vs.<br><br>Michael O. Levitt, in his official capacity as Secretary of Health and Human Services,<br><br>          Defendant. | Civil No. 06-1039 (RHK/JSM)<br><br>**DISQUALIFICATION AND<br>ORDER FOR REASSIGNMENT** |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 1, 2006

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge